# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| VAN P. FINGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 10-0192-KD-B |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) and dated July 30, 2010, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that plaintiff's Motion to Remand is **DENIED** and defendant's Motion for Leave to File an Amended Notice of Removal is **GRANTED**. **Defendant shall file its Amended Notice of Removal on or before August 31, 2010.**

**DONE** this 19th day of August, 2010.

 **s/ Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**