# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| VAN P. FINGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 10-00192-KD-B |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Order entered May 19, 2011, granting Plaintiff Van P. Finger's motion for partial summary judgment (Doc. 53) and the Order issued contemporaneously herewith, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Plaintiff Van P. Finger and against Defendant State Farm Fire and Casualty Insurance Company in the amount of **$785,311.33**, plus prejudgment interest at 6% per annum on **$400,000** accruing from December 14, 2009, through June 14, 2010, prejudgment interest at 6% per annum on **$785,311.33** accruing from June 15, 2010, until the date of this judgment, and postjudgment interest pursuant to 28 U.S.C. § 1961.

**DONE** and **ORDERED** this the **5th** day of **July, 2011**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**