# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| VAN P. FINGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:10-00192-KD-B |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on "Defendant State Farm Fire and Casualty Company's Motion to Stay Proceedings to Enforce the Judgment Pending an Appeal" (Doc. 71) and Plaintiff Van P. Finger's response (Doc. 76). Plaintiff does not object to the motion to stay. Plaintiff also does not object to Defendant's supersedeas bond, which has been calculated based on 13 days of accrued postjudgment interest, but he reserves his right to recover all postjudgment interest that has accrued or will accrue after this 13-day period, including all interest accruing during the pendency of Defendant's appeal and thereafter.

Therefore, pursuant to Federal Rule of Civil Procedure 62(d), it is **ORDERED** that Defendant's supersedeas bond is **APPROVED** and that Defendant's Motion to Stay (Doc. 71) is **GRANTED**. Further, Defendant is **ORDERED** to deposit the original supersedeas bond with the Clerk of Court on or before August 1, 2011.

**DONE** and **ORDERED** this the **28th** day of **July 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**