IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VAN P. FINGER,            ) | |
|      Plaintiff,           ) | |
|                           ) | |
| v.                        ) | CIVIL ACTION NO. 10-00192-KD-B |
|                           ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| INSURANCE COMPANY,        ) | |
|      Defendant.           ) | |

## JUDGMENT

In accordance with the order entered this date (Doc. 85), it is hereby **ORDERED, ADJUDGED** and **DECREED** that the claims of Plaintiff Van P. Finger against Defendant State Farm Fire and Casualty Insurance Company are **DISMISSED with prejudice**.

**DONE** and **ORDERED** this the **3**rd day of **April 2012**.


　　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

1